**Department. December 8, 1905.) Action by** Samuel Warshawsky against the Grand Theater Company. No opinion. Motion denied, with $10 costs.

WATERS v. HORACE WATERS & CO. (Supreme Court, Appellate Division, First Department. March 2, 1906.) Action by Fanny L. Waters against Horace Waters & Co. No opinion. Motion granted. Order filed.

WATTS v. CAMPBELL. (Supreme Court, Appellate Division, First Department. March 2, 1906.) Action by Mary E. Watts, as administratrix, against Daniel H. Campbell. No opinion. Motion granted, with $10 costs. Order filed.

WEDDIGAN et al., Respondents, v. WHITING, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by Frank A. Weddigan and another against William F. Whiting.

PER CURIAM. Judgment affirmed, with costs.

NASH, J., not voting.

WEDDIGAN et al., Respondents, v. WHITING, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by Frank A. Weddigan and another against William F. Whiting.

PER CURIAM. Order affirmed, with costs.

NASH, J., not voting.

WELLS, Appellant, v. METROPOLITAN ST. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Carolyn Wells against the Metropolitan Street Railroad Company. E. E. Woodruff, for appellant. B. H. Ames, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WENDELL v. WENDELL. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by Frank L. Wendell against Clara M. Wendell. No opinion. Motion granted.
(110 App. Div. 888)

WESTON, Respondent, v. COMMERCIAL ADVERTISER ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Albert T. Weston against the Commercial Advertiser Association. H. Taylor, for appellant. H. W. Unger, for respondent. No opinion. Judgment affirmed, with costs, on the authority of Bornmann v. Star Co., 174 N. Y. 212, 66 N. E. 723, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

WESTON v. COMMERCIAL ADVERTISER ASS'N. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Albert T. Weston against the Commercial Advertiser Association. No opin-

ion. Motion granted, and question certified as stated in memorandum.

WHITEHOUSE, Respondent, v. STATEN ISLAND WATER SUPPLY CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by George M. Whitehouse against the Staten Island Water Supply Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

WHITING, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division. Second Department. December 8, 1905.) Action by Eunie L. Whiting against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

WOODWARD, J., dissents.

In re WICKWIRE. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) In the matter of the application of Arthur M. Wickwire for admission to the bar. No opinion. Application granted.

WILBERT, Respondent, v. ISNECKER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by Joseph G. Wilbert against Jacob Isnecker. No opinion. Judgment and order affirmed, with costs.

WILCOX, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by Alice Wilcox against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

HISCOCK and NASH, JJ., dissent.

WILLIAM J. LENT BREWING CO., Appellant, v. LEHIGH VALLEY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by the William J. Lent Brewing Company against the Lehigh Valley Railway Company. J. T. Williamson, for appellant. A. McCulloh, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WILLIAMS, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Julienne C. Williams against the Metropolitan Life Insurance Company. No opinion. Motion for reargument denied.

WILSON, Respondent, v. WEISSEL, Appellant. (Supreme Court, Appellate Division, Second Department. January 5, 1906.) Action by William J. Wilson against Charles Weissel. No opinion. Judgment of the Municipal Court affirmed by default, with costs.